

## MANDATE

## The Fourteenth Court of Appeals

NO. 14-14-00478-CV

| | |
|---|---|
| Brazos Presbyterian Homes, Inc. d/b/a The Hallmark, Appellant<br><br>v.<br><br>August Schumacher Lander, as Independent Executor of the Estate of Betty S. Lander, Deceased, Appellee | Appealed from the 152nd District Court of Harris County. (Tr. Ct. No. 2013-65993). Opinion delivered Per Curiam. |

**TO THE 152ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on April 21, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard the parties' joint motion to dismiss the appeal from the order signed by the court below on May 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order this Court's Majority and Concurring Memorandum Opinions issued February 10, 2015, **WITHDRAWN.** We **VACATE** this Court's judgment issued February 10, 2015, and issue this substitute judgment in its place.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, April 24, 2015.

**CHRISTOPHER A. PRINE, CLERK**

